**Franklin BASNIGHT, Plaintiff—Appellant,**

v.

**HAMPTON ROADS SHIPPING ASSOCIATION, International Longshoremen's Association Fringe Benefit Escrow Fund's (HRSA–ILA Fund); Management; John Calvert Bowers, President, International Longshoremen's Association, Defendants—Appellees.**

No. 07–1380.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 3, 2007.

Decided: Aug. 30, 2007.

Franklin Basnight, Appellant Pro Se. Dean Taylor Buckius, Vandeventer & Black, LLP, Norfolk, Virginia; David An-

drew Buzard, Glasser & Glasser, Norfolk, Virginia; John P. Sheridan, Gleason, Marrinan & Mazola Mardon, PC, New York, New York; Carroll Arthur Rutter, Jr., Rutter & Mills, LLP, Norfolk, Virginia, for Appellees.

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin Basnight appeals the district court's order adopting in part and modifying in part the magistrate judge's report and recommendation to dismiss his hybrid action under the Labor Management Relations Act of 1947, 29 U.S.C. § 185 (2000), and the National Labor Relations Act, 29 U.S.C. §§ 151–169 (2000), and dismissing all pending motions as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Basnight v. Hampton Roads Shipping Ass'n,* No. 2:04–cv–00782–WDK (E.D. Va. filed March 21, 2007; entered March 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*